

**Z**ACHARY **W. C**ARTER
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**A**NGHARAD **K. W**ILSON
*Senior Counsel*
Phone: (212) 356-2572
Fax: (212) 356-3509
awilson@law.nyc.gov

July 19, 2019

**BY ECF**
Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: <u>Brittany Hamilton, et al. v. City of New York, et al.</u>, 17-cv-6384

Your Honor:

  I am a Senior Counsel assigned to the defense of this matter on behalf of former Detective Frank DeLouisa and former Detective Investigator Joseph Ponzi. I write, jointly, on behalf of all defendants, to request an adjournment *sine die* of the status conference in this matter that is currently scheduled for July 24, 2019. Additionally, plaintiff's counsel, Paul Cordella, has consented to this request.

  By way of background, this action is brought by several members of the family of Derrick Hamilton, who alleges that employees of the City of New York and the City of New Haven violated his constitutional rights in connection with their investigation of the 1991 murder of Nathaniel Cash. Mr. Hamilton is the plaintiff in a related lawsuit, *Derrick Hamilton v. City of New York, et al.*, 15-cv-6384 (CBA)(SJB) regarding these allegations. Plaintiffs in the present action bring this suit on their own behalf, alleging that the defendants violated their rights to familial association with Mr. Hamilton by violating Mr. Hamilton's constitutional rights in connection with the criminal proceeding.

  Plaintiffs' claims in the present action are thus ancillary to the claims in the related action; that is, plaintiffs in the present action cannot maintain an action if there is a finding that there was no constitutional violation in the related action. The trial in the related case is scheduled to begin on November 12, 2019, before the Honorable Carol Bagley Amon. The

parties in the present matter thus respectfully request that the instant action be stayed pending resolution of the related action, *Derrick Hamilton v. City of New York, et al.*, 15-cv-6384 (CBA)(SJB).

        Thank you for your consideration of this matter.

        Respectfully submitted,

        /s/

        Angharad Wilson
        Senior Counsel

cc:    All Counsel (via ECF)