

| | THE CITY OF NEW YORK | |
|---|---|---|
| **JAMES E. JOHNSON** <br> *Corporation Counsel* | **LAW DEPARTMENT** <br> 100 CHURCH STREET <br> NEW YORK, NY 10007 | **ANGHARAD K. WILSON** <br> *Senior Counsel* <br> Phone: (212) 356-2572 <br> Fax: (212) 356-3509 <br> awilson@law.nyc.gov |

November 19, 2019

**BY ECF**
Honorable Carol Bagley Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: <u>Brittany Hamilton, et al. v. Det. Louis Scarcella, et al.</u>, 17-cv-6384 (CBA)(SJB)

Your Honor:

      I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to the defense of this matter on behalf of former Detective Frank DeLouisa and former Detective Investigator Joseph Ponzi ("New York City defendants"). New York City defendants write to renew their request for a pre-motion conference in connection with their anticipated motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), which was originally filed on March 6, 2018 (DE 28).

      By way of background, the plaintiffs in this matter are the ex-wife and children of Derrick Hamilton, whose conviction for a 1991 murder was reversed in 2015, after he had spent approximately 21 years in prison. A conference was held before the Court on April 17, 2018, at which time this action was stayed pending resolution of the related action, *Derrick Hamilton v. City of New York, et al.*, 15-cv-4574 (CBA)(SJB). As the Court is aware, the *Derrick Hamilton* matter has been settled. Accordingly, there is no reason to continue to stay the instant matter and, as such, New York City defendants respectfully request a pre-motion conference in anticipation of their motion to dismiss the instant action.

Thank you for your consideration of this matter.

Respectfully submitted,

Angharad Wilson
Senior Counsel

cc: All Counsel (via ECF)