**CAITLIN ROBIN & ASSOCIATES**

30 Broad Street, Suite 702  New York, NY 10004   Tel. 646-524-6026  Fax. 929-210-7549
737 Main Street, Suite 201, Buffalo, NY 14203   Tel. 716-771-3082
robinandassociates.com

Arjeta Albani
Annette Aletor
Cary London
Meredith Lander
Caitlin Robin
Henry Tilson
Kevin Volkommer

<u>VIA ECF</u>

December 9, 2019

Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: Hamilton et al v. Det Louis Scarcella, et al.,
      <u>Docket No. 17-cv-06384 (CBA (SJB)</u>

Your Honor:

  We represent the Plaintiffs in the above-referenced matter. We agree with the Defendants in this matter that the instant case should no longer be stayed. We respectfully request a pre-motion settlement conference in relation to the underlying claims. It is Plaintiffs contention that the underlying Defendants actions are not subject to qualified immunity and any motion for dismissal pursuant to Gorman is premature prior to discovery being conducted in this matter. Further, Plaintiffs contend that the underlying matter is factually dissimilar to Gorman. We respectfully request that the Court set this matter for a discovery and/or settlement conference before any motion practice is commenced.

  We thank the Court for their time.

            Respectfully submitted,

            /s/_____
            Cary London
            Attorney for Plaintiffs