UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

BRITTANY HAMILTON, RICHETTA GREENE and
DAVONE GREENE,

                              Plaintiffs,

               -against-                                 17 CV 06384 (CBA) (SJB)

DET. LOUIS SCARCELLA, Individually and in his capacity
as a New York City Police Officer, INV. JOSEPH PONZI,
Individually and in his capacity as an investigator for the
Kings County District Attorney's Office and POLICE
OFFICER WILLIAM "BILLY" WHITE, Individually and in
his capacity as a New Haven Police Officer,

                              Defendants.

------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

       Please enter the appearance of CAITLIN ROBIN, as counsel for Plaintiffs BRITTANY HAMILTON, RICHETTA GREENE and DAVONE GREENE, in the above captioned action.

Dated: New York, New York
       December 11, 2019

                                                      Yours, etc.

                                                      _____
                                                      CAITLIN ROBIN, ESQ.
                                                      CAITLIN ROBIN & ASSOCIATES, PLLC.
                                                      Attorney for Plaintiff
                                                      30 Broad Street, Suite 702
                                                      New York, New York 10004
                                                      (646)-524-6026

## **CERTIFICATION**

I hereby certify on December 11, 2019, a copy of the forgoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

_____
Caitlin Robin, Esq.